IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-244-Y |
| CARLOS A. LOPEZ (01)<br>BARRETT R. HOWELL (02) | |

### AGREED MOTION AND BRIEF REQUESTING REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR PLEA OF GUILTY AND SENTENCING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, the United States of America, by and through the Attorneys for the United States, and Defendants Carlos A. Lopez and Barrett R. Howell, through their respective undersigned attorneys, and file this motion requesting referral of the Information to a United States Magistrate Judge for a plea of guilty and sentencing. In support of said motion, the above persons would show the Court as follows:

On September 26, 2025, an Information charging misdemeanor violations of 18 U.S.C. § 641 was filed against Defendants and was assigned to the docket of this Court. Defendants intend to enter a plea of guilty to said offense. The parties request that said misdemeanor case be transferred to a United States Magistrate Judge for the Fort Worth Division of the Northern District of Texas for entrance of a plea and sentencing.

THEREFORE, the undersigned respectfully request this Honorable Court grant this motion and transfer the case to the United States Magistrate Judge for entrance of plea and sentencing.

SIGNED this 1st day of October, 2025.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
MEGAN R. ROBERTS
Assistant United States Attorneys
Acting under Authority Conferred
by 28 U.S.C. § 515
Telephone: 504-680-3081
matthew.payne@usdoj.gov

/s/ *Michael Uhl*
MICHAEL UHL
Attorney for Carlos A. Lopez

/s/ *David Gerger*
DAVID GERGER
Attorney for Barrett R. Howell