**FILED**
**February 13, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | DOCKET NO. 4:25-CR-00244 |
| | § | |
| CARLOS A. LOPEZ (01) | § | |
| BARRETT R. HOWELL (02) | § | |

## OPPOSED MOTION FOR DISCLOSURE OF VICTIM IMPACT MATERIALS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW John Grisham and Rob Wilburn (collectively the "Victims"), as victims of the criminal conduct at issue herein, and respectfully submit this Opposed Motion for Disclosure of Victim Impact Materials and in support thereof would show the Court as follows:

In anticipation of the Defendants' upcoming sentencing hearing, the Victims submitted for the Court's consideration their Joint Victim Impact Statement on January 28, 2026. Although this Court's Order Setting Schedule for Sentencing requires only that the Victims provide the opposing parties with a copy of the same at least seven days prior to the sentencing hearing (on or before February 11, 2026), the Victims provided both Defendants with a copy of their Joint Victim Impact Statement on January 29, 2026.

In order to be fully prepared for the Defendants' upcoming sentencing hearing, the Victims respectfully ask that the Court order the Defendants and/or the Government to disclose to the Victims copies of any response(s) (*i.e.,* any written submission to the Court which relates to, addresses, responds to, and/or otherwise substantially discusses any portion of the Victims' Joint Victim Impact Statement) which have been submitted by either Defendant or the Government in connection with the Victims' Joint Victim Impact Statement. Such a disclosure would prevent the Victims from potentially being confronted by any potential opposition, counter-argument, or

contrary position which either of the Defendants or the Government may advocate at sentencing, thereby allowing them a reasonable opportunity to prepare for any such arguments at the sentencing hearing.

WHEREFORE, PREMISES CONSIDERED, the Victims respectfully request that this Motion be, in all things, GRANTED, and that the Court enter an Order directing the Defendants and the Government to disclose to the Victims a copy of any response(s) (*i.e.,* any written submission to the Court which relates to, addresses, responds to, and/or otherwise substantially discusses any portion of the Victims' Joint Victim Impact Statement) which they have submitted to the Court in connection with the Victims' Joint Victim Impact Statement.

Respectfully submitted,

MCCATHERN, SHOKOUHI, EVANS, PLLC

*/s/ Alexandra Hunt*

**Daniel K. Hagood, P.C.**
Texas Bar No. 08698300
dhagood@mccathernlaw.com

**Alexandra Hunt**
Texas Bar No. 24095711
ahunt@mccathernlaw.com

**Alexis Fowler**
Texas Bar No. 24131819
afowler@mccathernlaw.com

3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
214.741.2662 telephone
214.741.4717 facsimile

COUNSEL FOR MOVANTS GRISHAM AND WILBURN

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2026, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the U.S. District Court for the Northern District of Texas to be served upon all counsel of record by the Court's electronic filing system.

                        _/s/ Daniel K. Hagood, P.C._
                        DANIEL K. HAGOOD, P.C.

**CERTIFICATE OF CONFERENCE**

I hereby certify I have conferred with counsel for Defendant Lopez, Mr. Michael Uhl and counsel for the Government, Mr. Matt Payne, regarding the above and foregoing document and that they are opposed to the filing of same. I further certify that I have conferred with counsel for Defendant Howell, Mr. David Gerger, but have not yet received a response as to his position, and thus will presume out of an abundance of caution that he is opposed.

                        _/s/ Daniel K. Hagood, P.C._
                        DANIEL K. HAGOOD, P.C.